■ SUSAN L. ISRAEL, Respondent, v DAVID ISRAEL, Appellant. (Appeal No. 1.) [663 NYS2d 460] —Order unanimously reversed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court abused its discretion in dismissing defendant's counterclaim for divorce based upon cruel and inhuman treatment. Contrary to the court's conclusion, a marriage of approximately nine years' duration that produced no children is not considered a long-term marriage (*see, Rauch v Rauch,* 226 AD2d 1141; *Rubin v Rubin,* 105 AD2d 736, 738; *cf., Newkirk v Newkirk,* 212 AD2d 951, 952). In any event, "[t]he existence of a long-term marriage does not, of course, serve as an absolute bar to the granting of a divorce for cruel and inhuman treatment" (*Brady v Brady,* 64 NY2d 339, 345).

versed on the law without costs and matter remitted to Supreme Court for further proceedings in accordance with the same Memorandum as in *Israel v Israel* (242 AD2d 891 [decided herewith]). (Appeal from Order of Supreme Court, Livingston County, Alonzo, J.—Maintenance.) Present—Denman, P. J., Hayes, Callahan, Doerr and Boehm, JJ.